```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CARLOS ENRIQUE SILVESTRE BRITO,

                     Defendant.

ORDER

23 Cr. 575

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Sarah Netburn on November 6, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted and that sentencing in this matter be scheduled for February 16, 2024, at 11:00 a.m.

**SO ORDERED:**

Dated: New York, New York
       December 8, 2023

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK