USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/12/24__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CARLOS ENRIQUE SILVESTRE BRITO,

                Defendant.

23-cr-0575 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The sentencing proceeding in this matter is hereby adjourned from February 16, 2024, to 1 p.m. on March 29, 2024.

**SO ORDERED.**

Dated:    February 12, 2024
              New York, New York

                                                    Victor Marrero
                                                       U.S.D.J.