USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/14/24__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CARLOS ENRIQUE SILVESTRE BRITO,

Defendant.

23-cr-0575 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

The sentencing proceeding in this matter is hereby advanced from March 29, 2024 to February 23, 2024, at 10:00 a.m.

**SO ORDERED.**

Dated:   February 14, 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.